James O'Donnell, Respondent, v. Marc Eidlitz & Sons, Inc., Defendant, Impleaded with Wm. H. Jackson Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy,

Martin, O'Malley and Townley, JJ.; Martin J., dissents and votes for reversal and a new trial on the ground that the verdict is against the weight of evidence.